No. 63, Misc.  BAILEY *v.* ROBINSON, WARDEN.  Supreme Court of Illinois.  Certiorari denied.

No. 66, Misc.  ALLEN *v.* ILLINOIS.  Circuit Court of Massac County, Illinois.  Certiorari denied.

No. 69, Misc.  MASSEY *v.* MOORE, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 71, Misc.  STEVENS *v.* HEINZE, WARDEN.  Supreme Court of California.  Certiorari denied.

No. 72, Misc.  BLACKBURN *v.* OHIO.  Supreme Court of Ohio.  Certiorari denied.

No. 74, Misc.  JENKINS *v.* SMITH, SUPERINTENDENT.  Supreme Court of Washington.  Certiorari denied.

No. 76, Misc.  MARSH *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 77, Misc.  PENNSYLVANIA EX REL. SPADER *v.* BURKE, WARDEN.  Supreme Court of Pennsylvania.  Certiorari denied.

No. 81, Misc.  EAGLE *v.* CHERNEY ET AL.  Court of Appeals of New York.  Certiorari denied.

No. 84, Misc.  LEDER *v.* CALIFORNIA ET AL.  Supreme Court of California.  Certiorari denied.

No. 87, Misc.  ILLINOIS EX REL. ANDERSON *v.* ROBINSON, WARDEN.  Circuit Court of Randolph County, Illinois.  Certiorari denied.